UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAR Oil Company,

    Plaintiff

v.

Myron Korpan, et al.,

    Defendants

,

    Third Party Defendant.

CASE NO. 3:11-cv-1261

**VERDICT**

1. **Trade Secrets**

   ☒     We the jury find Mar Oil Company had Trade Secrets.

   ☐     We the jury find Mar Oil Company did not have Trade Secrets. **(Do not complete the remainder of this Verdict if you have checked this box)**

2. **Misappropriation of Trade Secrets**

   ☒     We the jury find that the following parties misappropriated Mar Oil Company's Trade Secrets (check all that apply):

       ☐     Ronald Brock

       ☒     Right of Way Land Services LLC

       ☐     Solstice Energy LLC

       ☒     Solstice Energy Partners LP

   ☐     We the jury find that none of the Defendants misappropriated Mar Oil Company's trade secrets. **(Do not complete the remainder of this Verdict if you check this box)**

3. **Compensatory Damages**

   ☒ As to each defendant that we have found liable in Question 2, we the jury find that Mar Oil Company is entitled to compensatory damages as to such defendant for misappropriation of Trade Secrets in the amount of:

   | | | |
   |---|---|---|
   | ☐ | Ronald Brock | $_____ |
   | ☒ | Right of Way Land Services LLC | $ 322,000 |
   | ☐ | Solstice Energy LLC | $_____ |
   | ☒ | Solstice Energy Partners LP | $ 322,000 |

   Foreperson

   Date 6/5/15

FILED 2015 JUN -5 PM 7:03 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

2